# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEANDRO LOPEZ TURATIZ,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

3:19-cv-0002-MMD-CBC

**ORDER**

**I. DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated at the Ely State Prison. On March 13, 2019 and on May 31, 2019, Plaintiff filed a notice of change of address with the Court (ECF Nos. 3, 4). The NDOC inmate database shows that Plaintiff was released from custody on or about March 23, 2019. Accordingly, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.

**II. CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, the Court shall issue a report and recommendation to dismiss this case without prejudice.

**DATED:** August 14, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**