UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEANDRO LOPEZ TURATIZ, | Case No. 3:19-cv-00002-MMD-CBC |
| Plaintiff, | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Plaintiff Leandro Lopez Turatiz asserts claims under 42 U.S.C. § 1983 arising from Defendant Las Vegas Metropolitan Police Department's alleged fabrication and manipulation of identity evidence against him in a criminal case. (ECF No. 1-1 at 3-7.) Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla B. Carry (ECF No. 7), recommending that the Court grant Plaintiff's application to proceed *in forma pauperis* ("IFP Application") and dismiss this action without prejudice and without leave to amend. Plaintiff had until October 2, 2019 to file an objection. (ECF No. 10.) To date, no objection to the R&R has been filed. The Court agrees with Judge Carry and will adopt the R&R.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's

1  report and recommendation where no objections have been filed. *See United States v.*
2  *Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review
3  employed by the district court when reviewing a report and recommendation to which no
4  objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D.
5  Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that
6  district courts are not required to review "any issue that is not the subject of an objection.").
7  Thus, if there is no objection to a magistrate judge's recommendation, then the Court may
8  accept the recommendation without review*. See, e.g.*, *Johnstone*, 263 F. Supp. 2d at
9  1226 (accepting, without review, a magistrate judge's recommendation to which no
10 objection was filed).

Plaintiff has failed to object, but the Court also agrees with Judge Carry's recommendation. Judge Carry found that Plaintiff's claims are barred under *Heck v. Humphrey,* 512 U.S. 477 (1994) because Plaintiff challenges evidence offered in his state court criminal case and has not shown that the underlying conviction in his criminal case has been invalidated. (ECF No. 7 at 3-5.) Plaintiff's § 1983 claims are not cognizable under *Heck* until his criminal case is dismissed or if convicted, the conviction has been rendered invalid.

It is therefore ordered that Judge Carry's Report and Recommendation (ECF No. 7) is adopted in full.

It is ordered that Plaintiff's IFP Application (ECF No. 6) is granted.

It is further ordered that the Clerk detach and file the complaint (ECF No. 1-1).

It is further ordered that the complaint is dismissed without prejudice and without leave to amend.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 30th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2